## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| JAMES GOUDGE, | C.A. No.: 22-cv-443-CFC |
| Plaintiff, | |
| v. | |
| SEMA4 HOLDINGS CORP., JASON RYAN, ELI CASDIN, DENNIS CHARNEY, EMILY LEPROUST, KEITH MEISTER, MIKE PELLINI, JOSHUA RUCH, ERIC SCHADT, RACHEL SHERMAN, and NAT TURNER, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff James Goudge hereby voluntarily dismisses the above-captioned action. Defendants have not served an answer or a motion for summary judgment.

Dated: April 28, 2022

Respectfully submitted,

**FARNAN LLP**

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

*Counsel for Plaintiff*